IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| L'TANYA JACKSON,<br><br>          **Plaintiff,**<br><br>   -v-<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and ARLINGTON COMMUNITY FEDERAL CREDIT UNION,<br><br>          **Defendants.** | Civil Case Number: 1:23-cv-01561 |

**NOTICE OF VOLUNTARY DISMISSAL AS TO**
**EQUIFAX INFORMATION SERVICES, LLC**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant **EQUIFAX INFORMATION SERVICES, LLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **EQUIFAX INFORMATION SERVICES, LLC.**

Dated: July 12, 2024

                                                          /s/ Aryeh E. Stein
                                                          Aryeh E. Stein, VSB No. 45895
                                                          Meridian Law, LLC
                                                           1212 Reisterstown Road
                                                           Baltimore, MD 21208
                                                           Tel: (443) 326-6011
                                                           Email: astein@meridianlawfirm.com
                                                           *Attorneys for Plaintiff*