IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| L'TANYA JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and ARLINGTON COMMUNITY FEDERAL CREDIT UNION,<br><br>　　　　　Defendants. | Civil Case Number: 1:23-cv-01561 |

### NOTICE OF VOLUNTARY DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant **EQUIFAX INFORMATION SERVICES, LLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **EQUIFAX INFORMATION SERVICES, LLC.**

Dated: July 12, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, VSB No. 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
Tel: (443) 326-6011
Email: astein@meridianlawfirm.com
*Attorneys for Plaintiff*

So ordered 7/15/24

Patricia Tolliver Giles
United States District Judge