IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **L'TANYA JACKSON,**<br><br>**Plaintiff,**<br><br>-v-<br><br>**EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and ARLINGTON COMMUNITY FEDERAL CREDIT UNION,**<br><br>**Defendants.** | Civil Case Number: 1:23-cv-01561-PTG-WEF |

## STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

Plaintiff L'Tanya Jackson and Defendant Trans Union, LLC ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against the remaining Defendant, **TRANS UNION, LLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **TRANS UNION, LLC.**

Dated: October 6, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
443-326-6011 (phone)
410-782-3199 (fax)
astein@meridianlawfirm.com
*Attorney for Plaintiff*
*L'Tanya Jackson*

/s/ Marc Kirkland
Marc Kirkland, Esq.
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Parkway, Suite 800
Plano, TX 85024
Tel: (214) 560-5454
Fax: (214) 871-2111
Email: mkirkland@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed on October 6, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Aryeh E. Stein
Aryeh E. Stein