IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| L'TANYA JACKSON,<br><br>Plaintiff,<br><br>-v-<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and ARLINGTON COMMUNITY FEDERAL CREDIT UNION,<br><br>Defendants. | Civil Case Number: 1:23-cv-01561-PTG-WEF |

## NOTICE OF SETTLEMENT AS TO ARLINGTON COMMUNITY FEDERAL CREDIT UNION

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **ARLINGTON COMMUNITY FEDERAL CREDIT UNION only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs. It is respectfully requested that the matter against **ARLINGTON COMMUNITY FEDERAL CREDIT UNION** be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated: October 28, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, Esq. # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
(443) 326-6011 (phone)
(410) 782-3199 (fax)
astein@meridianlawfirm.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Aryeh E. Stein
Aryeh E. Stein