IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| L'TANYA JACKSON,<br><br>                Plaintiff,<br><br>-v-<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and ARLINGTON COMMUNITY FEDERAL CREDIT UNION,<br><br>                Defendants. | Civil Case Number: 1:23-cv-01561-PTG-WEF |

### NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against the remaining Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs.  It is respectfully requested that this matter be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:         November 14, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, Esq. # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
(443) 326-6011 (phone)
(410) 782-3199 (fax)
astein@meridianlawfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on November 15, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                                /s/ Aryeh E. Stein
                                                Aryeh E. Stein