IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| L'TANYA JACKSON,<br><br>Plaintiff,<br><br>-v-<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and ARLINGTON COMMUNITY FEDERAL CREDIT UNION,<br><br>Defendants. | Civil Case Number: 1:23-cv-01561-PTG-WEF |

## STIPULATION OF DISMISSAL AS TO ARLINGTON COMMUNITY FEDERAL CREDIT UNION

Plaintiff L'Tanya Jackson and Defendant Arlington Community Federal Credit Union ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant, **ARLINGTON COMMUNITY FEDERAL CREDIT UNION only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **ARLINGTON COMMUNITY FEDERAL CREDIT UNION.**

Dated: December 11, 2024

| | |
|---|---|
| /s/ Aryeh E. Stein<br>Aryeh E. Stein, # 45895<br>Meridian Law, LLC<br>1212 Reisterstown Road<br>Baltimore, MD 21208<br>Tel: (443) 326-6011<br>Email: astein@meridianlawfirm.com<br>*Attorney for Plaintiff*<br>*L'Tanya Jackson* | /s/ John M. Bredehoft<br>John M. Bredehoft, Esq.<br>Kaufman & Canoles PC<br>150 W. Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tel: (757) 624-3000<br>Email: jmbredehoft@kaufcan.com<br>*Attorney for Defendant*<br>*Arlington Community Federal Credit Union* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on December 10, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                      /s/ Aryeh E. Stein