IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| L'TANYA JACKSON,<br><br>    Plaintiff,<br><br>    -v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, WELLS FARGO BANK, N.A., and TD BANK, N.A.,<br><br>    Defendants. | Civil Case Number: 1:23-cv-01561-PTG-WEF |

## STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff L'Tanya Jackson, and Defendant Experian Information Solutions, Inc. ("The Parties"), hereby stipulate to a dismissal of all of Plaintiff's claims against the remaining Defendant **Experian Information Solutions, Inc.** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **Experian Information Solutions, Inc.**

Dated:     December 31, 2024

/s/ Aryeh E. Stein
Aryeh E. Stein, # 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
Tel: (443) 326-6011
Email: astein@meridianlawfirm.com
*Attorneys for Plaintiff*
*L'Tanya Jackson*

/s/ David Neal Anthony
David Neal Anthony, Esq.
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Tel: (804) 697-5410
Email: david.anthony@troutman.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

So ordered 1/3/2025

/s/
Patricia Tolliver Giles
United States District Judge